**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CHRISTINE BUTLER**                                                      **PLAINTIFF**

**VS.**                                                      **CAUSE NO. 3:18-CV-797-HTW-LRA**

**THE KROGER COMPANY;**
**STANLEY ACCESS TECHNOLOGIES LLC;**
**JOHN DOES PERSON(S) 1-5; AND**
**JOHN DOES ENTITY(IES) 1-5**                                                      **DEFENDANTS**

## ORDER

The Court heard arguments by counsel on December 6, 2019, regarding the pending motions. Based upon the pleadings and oral argument, it is HEREBY ORDERED:

1. Plaintiff's motion to quash and for a protective order [Dkt. 60] is not well-taken and is hereby **denied**.

2. Plaintiff's motions to compel [Dkts. 44 and 46] are **granted, in part, and denied, in part.** Defendants must produce the documents discussed in the December 6, 2019, telephonic hearing, if such documents exist, by **January 3, 2019**.

3. Plaintiff's motion to extend the discovery deadline [Dkt.43] is **granted, in part, and denied, in part**. The discovery deadline is extended for the limited purpose to permit Plaintiff to conduct four (4) depositions by **January 24, 2019**.

4. Defendant Stanley Access Technologies LLC's *ore tenus* motion to extend the expert designation deadline for the limited purpose to take the deposition of Plaintiff's expert, Robert T. Tolbert, P.E., is well-taken and is hereby **granted**.

5. The dispositive motion deadline is extended until **January 31, 2019**.

**SO ORDERED AND ADJUDGED**, this the 18th day of December, 2019.

_/s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE

50506188.v1